DECEMBER 11, 1995

No. 95–177. BROOKS ET AL. v. GEORGIA ET AL. Affirmed on appeal from D. C. D. C. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would vacate the April 4, 1995, District Court dismissal order and remand the case for

further consideration in light of the United States' withdrawal of its appeal.